**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE  DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| CULINARY AMBITION, LLC | § | CASE NO.  14-10282-B-11 |
| | § | CHAPTER  11 |
| Debtor | § | |

---

**NOTICE OF APPEARANCE  OF COUNSEL
FOR THE DISTRICT AT MCALLEN, L.P.**

---

PLEASE TAKE NOTICE that, the undersigned and designated attorneys appear for and on behalf of THE DISTRICT AT MCALLEN, LP (the "Creditor"), a party in interest in this case, and pursuant to Bankruptcy Rule 2002, 3017, and 9010, respectfully requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the office, address, and telephone number set forth below:

Antonio Villeda
State Bar No.  20585300
Federal ID No. 1947
avilleda@mybusinesslaw.com
Jana Smith Whitworth
State Bar No. 00797453
Federal ID No. 20656
jwhitworth@mybusinesslawyer.com
LAW OFFICE OF ANTONIO VILLEDA
5414 N. 10th Street
McAllen, Texas   78504
Telephone No. (956) 631-9100
Telefax No. (956) 631-9146

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of orders, applications, complaints, demand, objections, hearings, motions, petitions, pleadings, briefs, plans, disclosure statements, or requests,

and any other document brought before the Bankruptcy Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery service, telephone, telegraph, telex, or otherwise.

SIGNED on the 17th day of November, 2014.

Respectfully submitted,

By: /s/ Jana Smith Whitworth _____
Jana Smith Whitworth
State Bar No. 00797453
Federal I.D. No. 20656
jwhitworth@mybusinesslawyer.com

OF COUNSEL:

LAW OFFICE OF ANTONIO VILLEDA
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100 Telephone
(956) 631-9146 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the date it was filed electronically.  Service was accomplished by the method and to the following as indicated: BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

Culinary Ambition, LLC
3300 North McColl, Suite O
McAllen, Texas 78501

Barbara C. Jue
Office of U S Trustee
606 N Carancahua
Ste 1107
Corpus Christi, TX 78401

Internal Revenue Service
Special Procedures
Attn: Keri Templeton
300 East 8th Street, Stop 5026AUS
Austin, Texas 78701

Enrique J. Solana
LAW OFFICE OF ENRIQUE J. SOLANA, PLLC
914 E. Van Buren Street
McAllen, Texas 78520

Nancy L. Masso, AUSA
United States Attorney
600 E. Harrison Street #201
Brownsville, Texas 78520

John Banks
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
3301 Northland Drive, Suite 505
Austin, Texas 78731

Diane W. Sanders
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 17428
Austin, Texas 78760

Kimberly Walsh
Comptroller of Public Accounts
c/o Office of Attorney General
P.O. Box 12548
Austin, Texas 78711-24548

/s/_Jana Smith Whitworth_____ _
Jana Smith Whitworth